IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01499-MSK-NYW

EBUILD, LLC,

      Plaintiff,

v.

MELODY HOMES, INC.,

      Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #18**) filed on January 5, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #17**) Dismissing the Case Without Prejudice, it is

ORDERED that:

The Recommendation of Magistrate Judge Wang (**Doc. #17**) is **ADOPTED** in accordance with (**Doc. #18**). The case is DISMISSED without prejudice and the Motion to Dismiss (**Doc. #9**) is DENIED as moot.

The case will be closed.

Dated this 6th day January, 2016.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk